IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-03439-RBJ

WATER PIK, INC., a Delaware corporation,

    Plaintiff,

v.

GLOBAL CONCEPTS LIMITED, INC. and JOHN DOE,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed the Notice of Voluntary Dismissal with Prejudice, and being fully advised,

IT IS HEREBY ORDERED that all claims between Plaintiff and Defendant in this case are dismissed with prejudice, each party to pay its own costs and attorneys' fees.

DATED this 22nd day of January, 2015.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge